

# NUMBER 13-22-00083-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FORD MOTOR COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On March 4, 2022, relator Ford Motor Company filed a petition for writ of mandamus through which it asserts that the trial court erred by ordering it to "admit or object to the authenticity of tens of thousands of documents produced during discovery when [real party in interest Nancy Coll] has not yet provided actual notice of the documents actually intended for use." *See* TEX. R. CIV. P. 193.7 (regarding the self-authentication of documents produced in response to written discovery). Relator also filed

an unopposed emergency motion for stay through which it seeks to stay the trial court's order of February 16, 2022 regarding this issue.

The Court, having examined and fully considered the unopposed emergency motion for stay, is of the opinion that it should be granted. Accordingly, we grant relator's unopposed emergency motion for stay, and we stay the trial court's order of February 16, 2022 pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) (Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real party in interest, Coll, or any others whose interest would be directly affected by the relief sought, including but not limited to Celia Coronado, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
4th day of March, 2022.

2